USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/9/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- x
: 
**MOHAMED NOUR AL ARAB,** :
:
**Petitioner,** :
:
-against- :               **1:26-cv-01899-ALC**
:
**U.S. IMMIGRATION AND CUSTOMERS** :        **ORDER**
**ENFORCEMENT ET AL,** :
:
**Respondents.** :
:
:
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On March 8, 2026, Petitioner, proceeding *pro se*, filed a Petition for Writ of Habeas

Corpus pursuant to 28 U.S.C. § 2241. *See* ECF No. 1. The Government is hereby **ORDERED** to

respond by **March 16, 2026.** The Government should separately provide the Court with

additional information about Petitioner, including Petitioner's A-number, current location, and

basis of detention by **March 13, 2026.**

Further, the Court ORDERS a telephone status conference in this action on **March 19,**

**2026 at 3:30 pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305

3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:  March 9, 2026**

**New York, New York**                                    **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**