USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/9/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

:
MOHAMED NOUR AL ARAB,                              :
:
Petitioner,                   :
:
-against-                           :          **1:26-cv-01899-ALC**
:
U.S. IMMIGRATION AND CUSTOMERS      :          **ORDER**
ENFORCEMENT ET AL,                                 :
:
Respondents.               :
:
----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On March 8, 2026, Petitioner, proceeding *pro se*, filed a Petition for Writ of Habeas

Corpus pursuant to 28 U.S.C. § 2241. *See* ECF No. 1. The Clerk of Court is respectfully directed

to attempt to obtain counsel for the Petitioner.

**SO ORDERED.**

**Dated:  March 9, 2026**

_____

New York, New York                         **ANDREW L. CARTER, JR.**
**United States District Judge**