USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/19/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

MOHAMED NOUR AL ARAB,                                  :
                                                       :
                                Petitioner,            :
                                                       :
                -against-                              :        **1:26-cv-01899-ALC**
                                                       :
U.S. IMMIGRATION AND CUSTOMERS                         :        **ORDER**
ENFORCEMENT ET AL,                                     :
                                                       :
                                Respondents.           :
                                                       :

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's telephonic conference, Petitioner is hereby **ORDERED** to submit

a response to the Government's arguments relating to exhaustion of administrative remedies by

**March 25, 2026.** Further, the parties are **ORDERED** to submit a joint status report by **March**

**30, 2026** updating the Court on the status of Petitioner's case in immigration court.

**SO ORDERED.**

**Dated:  March 19, 2026**

     **New York, New York**                    **ANDREW L. CARTER, JR.**
                                           **United States District Judge**