**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 MOHAMED NOUR AL ARAB,

                              Petitioner,

       -against-                               26 **CIVIL** 1899 (ALC)

                                                        **JUDGMENT**

U.S. IMMIGRATION AND CUSTOMERS
ENFORCEMENT ET AL,

                             Respondents.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 28, 2026, the Petition is Dismissed, and the case is closed.

**Dated:** New York, New York

       April 29, 2026

                                             **TAMMI M. HELLWIG**

                                           _____

                                              **Clerk of Court**

                    **BY:**

                                           _____

                                           **Deputy Clerk**